IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PERRI VOGE,

    Petitioner,

v.

GERALD FOX, Jackson County
District Attorney

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-23-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus without prejudice for petitioner's failure to exhaust his state court remedies.

_____       2/3/10
Peter Oppeneer, Clerk of Court      Date